**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| NATALIE RUISI,<br><br>           Plaintiff,<br><br>vs.<br><br>ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, *et al.*,<br><br>           Defendants. | 2:20-cv-01544-JCM-VCF<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Leave to Amend Complaint to Add as Defendants Aramark Campus, LLC, Aramark Educational Group, LLC, Aramark Educational Service, LLC, Aramark Sports and Entertainment Group, LLC, and Aramark Services, Inc. (ECF NO. 14).

Defendants filed a non-opposition to the instant motion. (ECF NO. 16).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Amend Complaint to Add as Defendants Aramark Campus, LLC, Aramark Educational Group, LLC, Aramark Educational Service, LLC, Aramark Sports and Entertainment Group, LLC, and Aramark Services, Inc. (ECF NO. 14) is GRANTED.  The amended complaint must be filed on or before December 29, 2020.

DATED this 21st day of December, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE