Brooke A. Bohlke
Nevada Bar No. 9374
Susana Santana
Nevada Bar No. 13753
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
bbohlke@wshblaw.com
ssantana@wshblaw.com

Attorneys for Defendants, ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, ARAMARK CAMPUS, LLC, ARAMARK EDUCATIONAL GROUP, LLC, ARAMARK EDUCATIONAL SERVICES, LLC, ARAMARK SPORTS AND ENTERTAINMENT GROUP, LLC, ARAMARK SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| NATALIE RUISI, | Case No.   2:20-cv-01544-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINES** (***FIRST REQUEST***) |
| v. | Trial Date:         None Set |
| ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, a Foreign Limited Liability Company; ARAMARK CAMPUS, LLC, a Foreign Limited Liability Company; ARAMARK EDUCATIONAL GROUP, LLC, a Foreign Limited Liability Company; ARAMARK EDUCATIONAL SERVICES, LLC, a Foreign Limited Liability Company; ARAMARK SPORTS AND ENTERTAINMENT GROUP, LLC, a Foreign Limited Liability Company; ARAMARK SERVICES, INC., a Foreign Corporation; and, ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive, | |
| Defendants. | |

/ / /

/ / /

16679509.1:10745-0108

Case No. 2:20-cv-01544

Pursuant to LR IA 6-1, LR IA 6-2 and LR 26-3, and for good cause shown, Plaintiff Natalie Ruisi, and Defendants, ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, ARAMARK CAMPUS, LLC, ARAMARK EDUCATIONAL GROUP, LLC, ARAMARK EDUCATIONAL SERVICES, LLC, ARAMARK SPORTS AND ENTERTAINMENT GROUP, LLC, ARAMARK SERVICES, INC. (herein "the parties"), by and through their respective counsel of record, hereby stipulate and agree to and jointly move this Honorable Court for an order to continue discovery by ninety (90) days as indicated below. This is the first request for an extension of time to complete discovery. This request is being made within 21-days of the expiration of the current discovery period set for February 15, 2021. ECF No. 9.

**A.    DISCOVERY COMPLETED TO DATE**

**The parties have produced the following disclosures:**

**1.    Plaintiff served the following disclosures:**

a.    Initial Disclosures on September 28, 2020.

**2.    Defendants served the following disclosures:**

a.    Initial Disclosures on September 30, 2020;

b.    Supplemental Disclosures on November 6, 2020, December 4, 2020, and December 14, 2020.

**The parties have completed the following written discovery:**

**Plaintiff served the following written discovery requests on September 16, 2020:**

1.    Plaintiff's First Set of Interrogatories to Defendant Aramark Sports and Entertainment, LLC. Defendant responded on November 6, 2020 and supplemented its responses on December 14, 2020.

2.    Plaintiff's first set of Requests for Document and First Set of Request for Production of Documents to Defendant Aramark Sports and Entertainment, LLC. Defendant responded on November 6, 2020 and supplements its responses on December 14, 2020.

**Defendant served the following written discovery requests on January 15, 2021:**

1.    Defendant's First Set of Interrogatories to Plaintiff

2.    Defendant's First Set of Requests for Admission to Plaintiff

3. Defendant's First Set of Request for Production of Documents to Plaintiff.

**The parties have not taken any depositions.**

**B.      DISCOVERY REMAINING TO BE COMPLETED**

1. Depositions of parties, non-parties, percipient, and corporate witnesses;

2. Written discovery;

3. Issuance of Subpoenas;

4. The parties anticipate that supplemental written discovery may be needed once the parties complete depositions.

**C.      REASON FOR REQUEST FOR EXTENSION OF DISCOVERY DEADLINES**

A scheduling order can be modified "for good cause and with the judge's consent." FRCP 16(b)(4). "A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted." LR IA 6-1 (a). "District courts should generally allow amendments of pre-trial orders when 'no substantial injury will be occasioned to the opposing party, the refusal to allow the amendment might result in injustice to the movant, and the inconvenience to the court is slight.'" *Campbell Industries v. M/V Gemini*, 619 F.2d 24, 27-28 (9th Cir. 1980) (*quoting Angle v. Sky Chef, Inc.*, 535 F.2d 492, 495 (9th Cir. 1976); *Sherman v. United States*, 462 F.2d 577, 579 (5th Cir. 1972)). Here, as discussed below, there is no dispute among the parties that an extension would cause any injury or injustice, and that a refusal of extension could prejudice the parties. Additionally, no trial date is currently set. Therefore, the stipulated request for an extension should be granted.

The parties are actively conducting discovery and have engaged in meet and confers to resolve disputes before seeking Court intervention. However, the parties have engaged in motion practice, most recently having appeared before the Court on January 8, 2021 to resolve several discovery disputes. Moreover, COVID-19 has presented additional challenges the parties have had to navigate. The parties agree that this matter should be resolved on the merits. To that end, the parties continue to pursue discovery and their attempts to resolve discovery disputes short of Court intervention.

As a result, the parties herein request that the current deadlines be extended by 90 days. The

1  parties are also amenable to participate in a telephonic conference with the Court if necessary, to
2  further discuss the bases for the requested 90-day extension of deadlines.

3  **D.    CURRENT SCHEDULE TO COMPLETE REMAINING DISCOVERY:**

4      Rebuttal Expert Disclosures:    January 18, 2021
5      Close of Discovery:    February 15, 2021
6      Dispositive Motions:    March 17, 2021
7      Joint Pre-Trial Order:    April 16, 2021

8  **E.    PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

9      **Rebuttal Expert Disclosures:**    **April 19, 2021**
10     **Close of Discovery:**    **May 17, 2021**
11     **Dispositive Motions:**    **June 15, 2021**
12     **Joint Pre-Trial Order:**    **July 15, 2021**

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

16679509.1:10745-0108    -4-    Case No. 2:20-cv-01544

**F.     CURRENT TRIAL DATE:**

No trial is yet scheduled in this matter. A joint proposed pretrial order is due on April 16, 2021. The parties seek additional time so that the same proposed pretrial order is due July 15, 2021 or 30 days after this Court's ruling on dispositive motions.

**G.     REQUEST NUMBER:**

This is the **first** request for an extension of time to complete discovery. Wherefore, the parties respectfully request that the Court grant this request to extend the discovery deadlines as outlined above.

**IT IS SO STIPULATED.**

DATED this 22nd day of January 2021.                    DATED this 22nd day of January 2021.

**WOOD, SMITH, HENNING & BERMAN**                **KEMP AND KEMP**

By: /s/ Susana Santana                                                    By: /s/ Victoria L. Neal
   BROOKE A. BOHLKE                                                   JAMES P, KEMP
   Nevada Bar No. 9374                                                    Nevada Bar No. 6375
   SUSANA SANTANA                                                      VICTORIA L. NEAL
   Nevada Bar No. 13753                                                  Nevada Bar No. 13382
   2881 Business Park Court, Ste. 200                                7435 W. Azure Drive, Suite 110
   Las Vegas, Nevada 89128-9020                                    Las Vegas, NV 89130
   Tel. 702 251 4100                                                          Tel: 702 258 1183

   Attorneys for Defendants, ARAMARK                         Attorneys for Plaintiff,
   SPORTS AND ENTERTAINMENT                                 NATALIE RUISI
   SERVICES, LLC, ARAMARK CAMPUS,
   LLC, ARAMARK EDUCATIONAL
   GROUP, LLC, ARAMARK
   EDUCATIONAL SERVICES, LLC,
   ARAMARK SPORTS AND
   ENTERTAINMENT GROUP, LLC,
   ARAMARK SERVICES, INC.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## **ORDER**

HAVING CONSIDERED THE FOREGOING STIPULATION OF COUNSEL, AND GOOD CAUSE APPEARING, THE DISCOVERY DEADLINES ARE AMENDED AS SET FORTH ABOVE.

DATED: January 25, 2021.

_____
**US MAGISTRATE JUDGE
CAM FERENBACH**

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

16679509.1:10745-0108                -6-                Case No. 2:20-cv-01544