JAMES P. KEMP, ESQ., NV Bar No.: 6375
VICTORIA L. NEAL, ESQ., NV Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
702-258-1183 ph /702-258-6983 fax

Attorneys for Plaintiff
*Natalie Ruisi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATALIE RUISI,<br>　　　　　　Plaintiff,<br>vs.<br>ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, a Foreign Limited Liability Company; ARAMARK CAMPUS, LLC, a Foreign Limited Liability Company; ARAMARK EDUCATIONAL GROUP, LLC, a Foreign Limited Liability Company; ARAMARK EDUCATIONAL SERVICES, LLC, a Foreign Limited Liability Company; ARAMARK SPORTS AND ENTERTAINMENT GROUP, LLC, a Foreign Limited Liability Company; ARAMARK SERVICES, INC., a Foreign Corporation; and, ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br>　　　　　　Defendants. | Case No.: 2:20-cv-01544-JCM-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO REPLY TO MOTION TO ALLOW CONTACT AT ECF NO. 49**<br><br>**[FIRST REQUEST]** |

Pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff NATALIE RUISI by and through undersigned counsel, Victoria L. Neal, Esq., of the law firm of Kemp & Kemp, and Defendants, by and through his undersigned counsel, Brooke A. Bohlke, Esq., of the law firm of Wood, Smith, Henning & Berman LL, hereby stipulate, subject to approval by the Court, to extend the time for Plaintiff to Reply to Motion To Allow Contact Pursuant To Nevada Rules Of

1

Professional Conduct 4.2. at ECF No. 49, for a period of one week. The current deadline for the Reply is February 24, 2021.

The extension is necessary because Plaintiff's counsel is experiencing a family emergency with her elderly mother. Therefore, the parties agree that an extension of time is appropriate and stipulate that Plaintiff has up to and including March 3, 2021, in which to Reply.

Dated: February 23, 2021      Dated: February 23, 2021

Respectfully submitted,      Respectfully submitted,

/s/ Victoria L. Neal      /s/ Brooke A. Bohlke

JAMES P. KEMP, ESQ., Bar #6375
VICTORIA L. NEAL, ESQ., Bar 13382
KEMP & KEMP

BROOKE A. BOHLKE, ESQ., Bar #9374
WOOD, SMITH, HENNING & BERMAN, LLP
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020

Attorneys for Plaintiff
Natalie Ruisi

Attorneys for Defendant, ARAMARK CAMPUS

**IT IS SO ORDERED.**

Dated: February 23, 2021.

_____
UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of the **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO REPLY TO MOTION TO ALLOW CONTACT AT ECF NO. 49,** was served on the following as indicated:

All Parties Registered
Through the CM/ECF system.

Dated:  February 23, 2021

                                             /s/ Victoria L. Neal
                                        Victoria L. Neal, Esq.
An employee of KEMP & KEMP, Attorneys at Law

**KEMP & KEMP**
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983