# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

NATALIE RUISI,

               Plaintiff,

vs.

ARAMARK SPORTS AND ENTERTAINMENT
SERVICES, LLC, a Foreign Limited Liability
Company; ARAMARK CAMPUS, LLC, a
Foreign Limited Liability Company;
ARAMARKEDUCATIONAL GROUP, LLC, a
Foreign Limited Liability Company; ARAMARK
EDUCATIONAL SERVICES, LLC, a Foreign
Limited Liability Company; ARAMARK
SPORTS AND ENTERTAINMENT GROUP,
LLC, a Foreign Limited Liability Company;
ARAMARK SERVICES, INC., a Foreign
Corporation; and, ROE Business Organizations I-
X; and DOE INDIVIDUALS I-X, Inclusive,

               Defendants.

2:20-cv-01544-JCM-VCF
**ORDER**

Before the Court is Plaintiff's Motion for Protective Order and Motion to Strike Defendant's Fugitive Document at ECF No. 39 (ECF Nos. 40 and 41).  The court has reviewed the opposition and Plaintiff's replies (ECF Nos 48, 50, and 51).

The court has entered a protective order (ECF NO. 59).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Protective Order and Motion to Strike Defendant's Fugitive Document at ECF No. 39 (ECF Nos. 40 and 41) is GRANTED in part and DENIED in part.

DATED this 3rd day of March, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE