# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

NATALIE RUISI,

               Plaintiff,

vs.

ARAMARK SPORTS AND ENTERTAINMENT
SERVICES, LLC, a Foreign Limited Liability
Company; ARAMARK CAMPUS, LLC, a
Foreign Limited Liability Company; ARAMARK
EDUCATIONAL GROUP, LLC, a Foreign
Limited LiabilityCompany; ARAMARK
EDUCATIONAL SERVICES, LLC, a Foreign
Limited LiabilityCompany; ARAMARK
SPORTS AND ENTERTAINMENT GROUP,
LLC, a Foreign Limited LiabilityCompany;
ARAMARK SERVICES, INC., a Foreign
Corporation; and, ROE Business Organizations I-
X; and DOE INDIVIDUALS I-X, Inclusive,

               Defendants.

2:20-cv-01544-JCM-VCF
**ORDER**

       Before the Court are Plaintiff's Motion to Allow Contact Pursuant to Nevada Rule Professional

Conduct 4.2 (ECF No. 49), Plaintiff's Second Motion to Compel Discovery Responses (ECF No. 53), and

Plaintiff's Third Motion to Compel Discovery Responses (ECF No. 54).

       Accordingly,

       IT IS HEREBY ORDERED that a video conference hearing is scheduled for 1:00 PM, April 9,

2021, on Plaintiff's Motion to Allow Contact Pursuant to Nevada Rule Professional Conduct 4.2 (ECF

No. 49), Plaintiff's Second Motion to Compel Discovery Responses (ECF No. 53), and Plaintiff's Third

Motion to Compel Discovery Responses (ECF No. 54).

       IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator,

Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video

conference hearing by noon, April 8, 2021.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

• Log on to the call ten (10) minutes prior to the hearing time.

• Mute your sound prior to entering the hearing.

• Do not talk over one another.

• State your name prior to speaking for the record.

• Do not have others in the video screen or moving in the background.

• No recording of the hearing.

• No forwarding of any video conference invitations.

• Unauthorized users on the video conference will be removed.

For anyone who is not a party to the action, the call-in telephone number is (888) 273-3658, access code: 3912597, and the phone must be on mute. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

DATED this 15th day of March, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE