|     |     |     |
| --- | --- | --- |
| 1   | **UNITED STATES DISTRICT COURT** | |
| 2   | **DISTRICT OF NEVADA** | |
| 3   | \*\*\* | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

NATALIE RUISI,

    Plaintiff,

vs.

ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, *et al.*,

    Defendants.

2:20-cv-01544-JCM-VCF

**ORDER**

Before the Court is Plaintiff's Motion for Extension of Time of the Discovery Plan and Scheduling Order (ECF NO. 74).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Plaintiff's Motion for Extension of Time of the Discovery Plan and Scheduling Order (ECF NO. 74) must be filed on or before May 10, 2021. No reply needed.

DATED this 4th day of May, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE