# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| NATALIE RUISI,<br><br>        Plaintiff,<br><br>vs.<br><br>ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, *et al*.,<br><br>        Defendants. | 2:20-cv-01544-JCM-VCF<br><br>**ORDER**<br><br>MOTION FOR EXTENTION OF TIME OF THE DISCOVERY PLAN AND SCHEDULING ORDER [ECF NO. 74] |

Before the court is Plaintiff's Motion for Extension of Time. ECF No. 74. Defendant filed a timely Limited Response. ECF No. 78.

Good cause appearing,

IT IS HEREBY ORDERED that the three remaining scheduling order deadlines are extended as follows:

        Close of Discovery:        September 14, 2021

        Dispositive Motions:       October 14, 2021

        Joint Pre-Trial Order:      November 15, 2021.

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after the decision on the dispositive motions or further order of the court.

All other discovery deadlines have passed and will not be reopened.

DATED this 10th day of May 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1