JAMES P. KEMP, ESQ.
NV Bar No.: 6375
VICTORIA L. NEAL, ESQ.
NV Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
702-258-1183 ph /702-258-6983 fax

Attorneys for Plaintiff
*Natalie Ruisi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATALIE RUISI,<br>      Plaintiff,<br>vs.<br>ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, a Foreign Limited Liability Company; ARAMARK CAMPUS, LLC, a Foreign Limited Liability Company; ARAMARK EDUCATIONAL GROUP, LLC, a Foreign Limited Liability Company; ARAMARK EDUCATIONAL SERVICES, LLC, a Foreign Limited Liability Company; ARAMARK SPORTS AND ENTERTAINMENT GROUP, LLC, a Foreign Limited Liability Company; ARAMARK SERVICES, INC., a Foreign Corporation; and, ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br>      Defendants. | Case No.: 2:20-cv-01544-JCM-VCF<br><br>**MOTION TO EXCEED PAGE LIMITS FOR MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST, SECOND AND THIRD SETS OF INTERROGATORIES AND FIRST AND SECOND SETS OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

Plaintiff Natalie Ruisi hereby file her Motion to Exceed Page Limits for her Motion to Compel Responses to Plaintiff's First, Second and Third Sets of Interrogatories and First and Second Sets of Requests for Production of Documents pursuant to Local Rule 7-3. This Motion is based on the Declaration of Victoria L. Neal, Esq. (attached hereto as **Exhibit 1**), the Memorandum of Points and

1

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

Authorities below, the papers and pleadings on file with the Court, and any oral argument that this Court may entertain.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Consistent with LR 7-3(c), this Motion to Exceed Page Limits is submitted in advance of the due date for the underlying motion, and it is supported by a declaration stating the reasons additional pages are needed and identifying the number of total pages needed as 53, excluding certificate of service, table of contents and a table of authorities. This exceeds the 24-page limit set forth in LR 7-3(b) by 29 pages. **See Ex. 1**.

## **CONCLUSION**

For the reasons stated in and supported by the Declaration of Victoria L. Neal, Plaintiff Natatlie Ruisi submits there is good cause for the Court to GRANT her Motion to Exceed Page Limit and hereby requests the same.

Dated this 17th day of May 2021.

/s/ Victoria L. Neal
JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130

Attorneys for Plaintiff
*Natalie Ruisi*

**IT IS SO ORDERED.**

Dated: May 18, 2021.

UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of the **MOTION TO EXCEED PAGE LIMITS FOR MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST, SECOND AND THIRD SETS OF INTERROGATORIES AND FIRST AND SECOND SETS OF REQUESTS FOR PRODUCTION OF DOCUMENTS served** on the following as indicated:

All Parties Registered
Through the CM/ECF system.

Dated this 17th day of May 2021.

                                                       /s/ Victoria L. Neal
                                                Victoria L. Neal, Esq.
An employee of KEMP & KEMP, Attorneys at Law