JAMES P. KEMP, ESQ., STATE BAR NO. 6375
VICTORIA L. NEAL, ESQ., STATE BAR NO. 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
Tel:    702-258-1183
Fax:   702-258-6983

Attorneys for Plaintiff, Natalie Ruisi

BROOKE A. BOHLKE, STATE BAR NO. 9374
WOOD, SMITH, HENNING & BERMAN LLP
2881 Business Park Court, Suite 200
Las Vegas, NV 89128-9020
Tel: 702.251.4127
Fax: 702.251.5405
Email: BBohlke@wshblaw.com

JASON S. MILLS (*admitted pro hac vice*)
GEORGE S. BENJAMIN (*admitted pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   213.612.2500
Fax:  213.612.2501
Email: jason.mills@morganlewis.com
       george.benjamin@morganlewis.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATALIE RUISI,<br><br>                    Plaintiff,<br><br>vs.<br><br>ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, a Foreign Limited Liability Company; ARAMARK CAMPUS, LLC, a Foreign Limited Liability Company; ARAMARK EDUCATIONAL GROUP, LLC, a Foreign Limited Liability Company; ARAMARK EDUCATIONAL SERVICES, LLC, a Foreign Limited Liability Company; ARAMARK SPORTS AND ENTERTAINMENT GROUP, LLC, a Foreign Limited Liability Company; ARAMARK SERVICES, INC., a Foreign | Case No.  2:20-CV-01544-JCM-VCF<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE THE COURT'S JULY 27, 2021 HEARING ON PLAINTIFF'S MOTION TO COMPEL [ECF NO. 82] AND MOTION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS [ECF NO. 83]; AND [PROPOSED] ORDER THEREON**<br><br>Magistrate Judge:   Hon. Cam Ferenbach<br><br>Trial Date:             None Set |

1  Corporation; and, ROE Business
2  Organizations I-X; and DOE INDIVIDUALS
   I-X, Inclusive,
3                       Defendants.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff, Natalie Ruisi ("Plaintiff"), and Defendants, Aramark Campus, LLC, *et al.* ("Defendants"), hereby and through their respective counsel of record, submit the following Joint Stipulation and Request to continue the Court's July 27, 2021 in person hearing of Plaintiff's Motion to Compel [ECF No. 82] and Motion for Leave To File Confidential Documents Under Seal [ECF No. 83], in light of the Parties' scheduled August 9, 2021 mediation, and request that a new hearing date be set for August 16, 2021, or a date thereafter that is convenient for the Court.

## **RECITALS**

1. WHEREAS, on May 19, 2021, Plaintiff filed her Motion to Compel Responses To Plaintiff's First, Second and Third Sets of Interrogatories and First And Second Sets of Requests for Production of Documents ("Motion To Compel") [ECF No. 82]; and her Motion for Leave To File Confidential Documents Under Seal [ECF No. 83] (collectively "Motions");

2. WHEREAS, on June 2, 2021, Defendant Aramark Campus, LLC, filed its Opposition to Plaintiff's Motion to Compel [ECF No. 85];

3. WHEREAS on June 8, 2021, Plaintiff filed her Reply in support of her Motion to Compel [ECF No. 86];

4. WHEREAS on June 21, 2021, this Court ordered that an in-person hearing on Plaintiff's Motions be scheduled for 10:00 a.m., July 27, 2021, in Courtroom 3D ("Hearing") [ECF No. 87];

5. WHEREAS, on July 16, 2021, the Parties met and conferred to discuss mediating this case.

6. WHEREAS, on July 18, 2021, the Parties agreed to mediate this case with the Hon. Peggy A. Leen (Ret.) of JAMS;

7. WHEREAS on July 19, 2021, the Parties' scheduled a half-day mediation with the Hon. Peggy A. Leen (Ret.) of JAMS for August 9, 2021;

8. WHEREAS, in light of the Parties' good faith attempt to resolve this matter at mediation on August 9, 2021, good cause exists to continue the Court's Hearing to August 16, 2021, or a date thereafter that is convenient for the Court to afford the Parties an opportunity to

resolve this matter before having to expend resources in preparation for the Hearing, and to avoid the Court from having to unnecessarily prepare for the Hearing prematurely; and

9. WHEREAS, counsel for the Parties have reached an agreement as specified and stipulated below.

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned Parties through their respective counsel of record that:

1. The Hearing on Plaintiff's Motions be continued from July 27, 2017 at 10:00 a.m. to August 16, 2021, or a date thereafter that is convenient for the Court; and

2. Should the Parties' not resolve this matter at the scheduled August 9, 2021 mediation, the Parties will submit a new discovery schedule for the Court's approval.

**IT IS SO STIPULATED.**

Dated: July 20, 2021　　　　　　　　KEMP & KEMP

By: */s/ Victoria L. Neal*
　　James P. Kemp
　　Victoria L. Neal
　　Attorneys for Plaintiff Natalie Ruisi

Dated: July 20, 2021　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP

By: */s/ George S. Benjamin*
　　Jason S. Mills
　　George S. Benjamin
　　Attorneys for Defendants

# ATTESTATION

I, George Benjamin, am the ECF user whose identification and password are being used to file this Joint Stipulation and Request to Continue the Court's July 27, 2021 Hearing on Plaintiff's Motion to Compel [ECF No. 82] and Motion for Leave to File Confidential Documents [ECF No. 83]; and [Proposed] Order. In compliance with LR IC 5-1(d), I hereby attest that Victoria L. Neal concurs in this filing.

Dated: July 20, 2021                    MORGAN, LEWIS & BOCKIUS LLP


By: */s/ George S. Benjamin*
    Jason S. Mills
    George S. Benjamin
    Attorneys for Defendants

**ORDER**

Based on the stipulation of the Parties, and good cause shown, the Court's July 27, 2021 hearing on Plaintiff's Motion to Compel [ECF No. 82] and Motion for Leave To File Confidential Documents Under Seal [ECF No. 83], is vacated, and a new hearing date is set for 10:00 AM, August 26, 2021, in Courtroom 3D _____.

**IT IS SO ORDERED.**

Dated: 7-20-2021 _____

UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on the date indicated below, a copy of the **JOINT STIPULATION AND REQUEST TO CONTINUE THE COURT'S JULY 27, 2021 HEARING ON PLAINTIFF'S MOTION TO COMPEL [ECF NO. 82] AND MOTION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS [ECF NO. 83]; AND [PROPOSED] ORDER THEREON** was served on the following as indicated:

All Parties Registered Through the CM/ECF system.

Dated this 20th day of July 2021.

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ George S. Benjamin*
Jason S. Mills
George S. Benjamin
Attorneys for Defendants