JAMES P. KEMP, ESQ., STATE BAR NO. 6375
VICTORIA L. NEAL, ESQ., STATE BAR NO. 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
Tel:     702-258-1183
Fax:    702-258-6983
Attorneys for Plaintiff, Natalie Ruisi

BROOKE A. BOHLKE, STATE BAR NO. 9374
WOOD, SMITH, HENNING & BERMAN LLP
2881 Business Park Court, Suite 200
Las Vegas, NV 89128-9020
Tel:  702.251.4127
Fax:  702.251.5405
Email:  BBohlke@wshblaw.com

JASON S. MILLS (*admitted pro hac vice*)
GEORGE S. BENJAMIN (*admitted pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:  213.612.2500
Fax:  213.612.2501
Email: jason.mills@morganlewis.com
          george.benjamin@morganlewis.com
Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATALIE RUISI,<br>                 Plaintiff,<br>         vs.<br>ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, a Foreign Limited Liability Company; ARAMARK CAMPUS, LLC, a Foreign Limited Liability Company; ARAMARK EDUCATIONAL GROUP, LLC, a Foreign Limited Liability Company; ARAMARK EDUCATIONAL SERVICES, LLC, a Foreign Limited Liability Company; ARAMARK SPORTS AND ENTERTAINMENT GROUP, LLC, a Foreign Limited Liability Company; ARAMARK SERVICES, INC., a Foreign Corporation; and, ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br>                 Defendants. | Case No.  2:20-CV-01544-JCM-VCF<br><br>**JOINT NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY ALL PENDING DISCOVERY DEADLINES AND HEARINGS; [PROPOSED] ORDER**<br><br>Magistrate Judge:    Hon. Cam Ferenbach<br><br>Trial Date:              None Set |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Joint Notice of Settlement and Joint Stipulation is made by and between Plaintiff Natalie Ruisi ("Plaintiff"), and Defendants, Aramark Campus, LLC, *et al.* ("Defendants"), by and through their respective counsel of record, based upon the following facts establishing good cause:

## **RECITALS**

1. WHEREAS, on May 10, 2021, this Court issued an Order setting several discovery deadlines [ECF No. 79] ("Discovery Order");

2. WHEREAS, on May 19, 2021, Plaintiff filed her Motion to Compel Responses To Plaintiff's First, Second and Third Sets of Interrogatories and First And Second Sets of Requests for Production of Documents [ECF No. 82]; and her Motion for Leave To File Confidential Documents Under Seal [ECF No. 83] (collectively "Motions");

3. WHEREAS, on July 20, 2021, the Parties filed a Joint Stipulation informing the Court that in light of the Parties' good faith attempt to resolve this matter at mediation, the Parties agreed to continue the hearing on Plaintiff's Motions, and that should the Parties not resolve this matter at mediation, the Parties will submit a new discovery schedule for the Court's approval.

4. WHEREAS, on July 20, 2021, the Court vacated the hearing on Plaintiff's Motions and set a new hearing date for August 26, 2021 [ECF No. 89];

5. WHEREAS, on August 9, 2021, the Parties attended mediation in good faith;

6. WHEREAS, on August 12, 2021, the Parties reached an agreement of the material terms of settlement and are currently negotiating the specific terms of the Parties' settlement agreement;

7. WHEREAS, the Parties anticipate filing a Joint Stipulation of Dismissal with Prejudice for the Court's approval within 60 days;

8. WHEREAS, in light of this settlement in principal, counsel for the Parties have met and conferred and agree that the Court's discovery deadlines set forth in the Discovery Order, as well as the hearing on Plaintiff's Motions should be stayed until the Court rules on the forthcoming Joint Stipulation for Dismissal with Prejudice.

///

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned Parties through their respective counsel of record that:

1. The Parties shall file a Joint Stipulation of Dismissal with Prejudice for the Court's approval within 60 days;

2. The Parties request that the Court schedule a status conference in 60 days, to be vacated upon the Parties filing a Joint Stipulation of Dismissal with Prejudice; and

3. The discovery deadlines set forth in the Court's Discovery Order, as well as the August 26, 2021 hearing on Plaintiff's Motions be stayed until the Court rules on the Parties' forthcoming Joint Stipulation of Dismissal with Prejudice.

**IT IS SO STIPULATED.**

Dated:  August 19, 2021              KEMP & KEMP

                                     By:  */s/ Victoria L. Neal*
                                          James P. Kemp
                                          Victoria L. Neal
                                          Attorneys for Plaintiff Natalie Ruisi

Dated:  August 19, 2021              MORGAN, LEWIS & BOCKIUS LLP

                                     By  */s/ George S. Benjamin*
                                         Jason S. Mills
                                         George S. Benjamin
                                         Attorneys for Defendants

## ATTESTATION

I, George Benjamin, am the ECF user whose identification and password are being used to file this Joint Notice of Settlement and Joint Stipulation to Stay All Pending Discovery Deadlines and Hearings; [Proposed] Order.  In compliance with LR IC 5-1(d), I hereby attest that Victoria L. Neal concurs in this filing.

Dated:  August 19, 2021                                   MORGAN, LEWIS & BOCKIUS LLP


By:  */s/ George S. Benjamin*
     George S. Benjamin
     Attorneys for Defendants

**ORDER**

Based on the stipulation of the Parties, and good cause shown, **IT IS HEREBY ORDERED THAT:**

The Parties shall file a Joint Stipulation of Dismissal with Prejudice within 60 days. The Court will schedule a video status conference for October 20, 2021 ~~October 25, 2021 at 10:00 AM~~, to be vacated upon the Parties filing a Joint Stipulation of Dismissal with Prejudice; and

The discovery deadlines set forth in the Court's May 10, 2021 Court Order [ECF No. 79], as well as the August 26, 2021 hearing on Plaintiff's Motion to Compel Responses To Plaintiff's First, Second and Third Sets of Interrogatories and First And Second Sets of Requests for Production of Documents [ECF No. 82], and Motion for Leave To File Confidential Documents Under Seal [ECF No. 83], are stayed pending the Court's ruling on the Parties' forthcoming Joint Stipulation of Dismissal with Prejudice. The hearing scheduled for August 26, 2021, is VACATED.

**IT IS SO ORDERED.**

Dated: August 20, 2021

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of the **JOINT NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY ALL PENDING DISCOVERY DEADLINES AND HEARINGS; [PROPOSED] ORDER** was served on the following as indicated:

All Parties Registered Through the CM/ECF system.

Dated this 19th day of August 2021.

                              MORGAN, LEWIS & BOCKIUS LLP

By: */s/ George S. Benjamin*
      Jason S. Mills
      George S. Benjamin
      Attorneys for Defendants

Case No.  2:20-CV-01544-JCM-VCF

CERTIFICATE OF SERVICE