JAMES P. KEMP, ESQ., NV Bar No.: 6375
VICTORIA L. NEAL, ESQ., NV Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax

Attorneys for Plaintiff
*Natalie Ruisi*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATALIE RUISI,<br><br>         Plaintiff,<br><br>vs.<br><br>ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, a Foreign Limited Liability Company; ARAMARK CAMPUS, LLC, a Foreign Limited Liability Company;  ARAMARK EDUCATIONAL GROUP, LLC, a Foreign Limited Liability Company; ARAMARK EDUCATIONAL SERVICES, LLC, a Foreign Limited Liability Company; ARAMARK SPORTS AND ENTERTAINMENT GROUP, LLC, a Foreign Limited Liability Company; ARAMARK SERVICES, INC., a Foreign Corporation;  and, ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>         Defendants. | Case No.: 2:20-cv-01544-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and

…

…

…

1

respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: December 5, 2021

Respectfully submitted,                                    Respectfully submitted,

/s/ Victoria L. Neal                                       /s/ George S. Benjamin
JAMES P. KEMP, ESQ.                                        JASON S. MILLS, ESQ., (admitted pro hac vice)
VICTORIA L. NEAL, ESQ.                                     GEORGE S. BENJAMIN, ESQ. (admitted pro hac vice)
KEMP & KEMP                                                MORGAN, LEWIS & BOCKIUS LLP

Attorneys for Plaintiff
NATALIE RUISI                                              Attorneys for Defendants
                                                           ARAMARK SPORTS AND ENTERTAINMENT
                                                           SERVICES, LLC, ARAMARK CAMPUS, LLC,
                                                           ARAMARK EDUCATIONAL GROUP, LLC,
                                                           ARAMARK EDUCATIONAL SERVICES, LLC,
                                                           ARAMARK SPORTS AND ENTERTAINMENT
                                                           GROUP, LLC, ARAMARK SERVICES, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: December 7, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE
HONORABLE JAMES C. MAHAN

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

2